**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
CHRISTIAN GUTIERREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                             )<br>            Plaintiff,                               )<br>                                                             )<br>                                                             )<br>vs.                                                        )<br>                                                             )<br>                                                             )<br>CHRISTIAN GUTIERREZ,                )<br>                                                             )<br>                                                             )<br>            Defendant.                          )<br>_____) | CASE NO. 6:20-mj-00002-JDP<br><br>STIPULATION TO CONTINUE<br>DEFENDANT GUTIERREZ'S STATUS<br>CONFERENCE TO NOVEMBER 17, 2020;<br>[PROPOSED] ORDER THEREON<br><br>Date:  November 17, 2020<br>Time:  10:00 AM<br>Judge: Jeremy D. Peterson |

**IT IS HEREBY STIPULATED** by and between the Defendant, CHRISTIAN GUTIERREZ, his attorney of record, CAROL ANN MOSES, and Yosemite Legal Officer, SEAN O. ANDERSON that the Status Conference in the above-captioned matter currently scheduled for October 20, 2020 at 10:00 AM be continued to November 17, 2020 at 10:00 AM.

The government has no objection.

Based on an incident that occurred December 28, 2019, a complaint was filed alleging that Mr. Gutierrez committed the following acts: 18 U.F.C. § 113(a)(5) – committing simple assault and 36 CFR § 2.35(c) – under the influence of alcohol to a degree that he may have been a danger to himself, another person or park resources.

///

///

STIPULATION TO CONTINUE STATUS CONFERENCE
TO November 17, 2020; [PROPOSED] ORDER THEREON                                                                1

1  Defense Counsel recently underwent non-elective surgery and recovery is progressing at a
2  slower pace than anticipated. Defense Counsel respectfully requests additional time to fully
3  discuss procedural options with Mr. Gutierrez.
4  Mr. Gutierrez respectfully requests a continuance of his Status Conference in Case No.
5  6:20-mj-00002-JDP from October 20, 2020 at 10:00 AM to November 17, 2020 at 10:00 AM.

Dated: October 19, 2020        /s/ Carol Ann Moses
                               CAROL ANN MOSES
                               Attorney for Defendant,
                               CHRISTIAN GUTIERREZ

Dated: October 19, 2020        /s/ Sean O. Anderson
                               SEAN O. ANDERSON
                               Yosemite Legal Officer

**ORDER**

Good cause appearing, the above request to continue the status conference in case no. 6:20-mj-00002-JDP from October 20, 2020 at 10:00 AM to November 17, 2020 at 10:00 AM is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   October 21, 2020                             _____
UNITED STATES MAGISTRATE JUDGE