1  **CAROL ANN MOSES  #164193**
Attorney at Law
2  7636 N. Ingram Ave., #104
Fresno, California  93711
3  Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
4  carol@yosemitelawyer.com

5  Attorney for Defendant,
CHRISTIAN GUTIERREZ
6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )       CASE NO. 6:20-mj-00002-JDP
                                       )
11              Plaintiff,             )       STIPULATION TO CONTINUE
                                       )       DEFENDANT GUTIERREZ'S STATUS
12  vs.                                )       CONFERENCE TO JANUARY 12, 2021;
                                       )       [PROPOSED] ORDER THEREON
13                                     )
                                       )       Date:  January 12, 2021
14  CHRISTIAN GUTIERREZ,               )       Time:  10:00 AM
                                       )       Judge: Hon. Helena M. Barch-Kuchta
15                                     )
                 Defendant.            )
16  _____)

17

18        **IT IS HEREBY STIPULATED** by and between the Defendant, CHRISTIAN

19  GUTIERREZ, his attorney of record, CAROL ANN MOSES, and Yosemite Legal Officer,

20  SEAN O. ANDERSON that the Status Conference in the above-captioned matter currently

21  scheduled for December 15, 2020 at 10:00 AM be continued to January 12, 2021 at 10:00 AM.

22        The government has no objection.

23        Based on an incident that occurred December 28, 2019, a complaint was filed alleging that

24  Mr. Gutierrez committed the following acts: 18 U.F.C. § 113(a)(5) – committing simple assault

25  and 36 CFR § 2.35(c) – under the influence of alcohol to a degree that he may have been a danger

26  to himself, another person or park resources.

27  ///

28  ///

STIPULATION TO CONTINUE STATUS CONFERENCE
TO JANUARY 12, 2021; ORDER THEREON                                                    1

1    Defense Counsel has a conflict on the currently scheduled date with a separate matter's

2  trial in the Superior Court of California in Madera County. Defense Counsel respectfully requests

3  additional time to complete her responsibilities in the Superior Court, so she can have ample time

4  to confer and advise Mr. Gutierrez regarding his case and provide him with the appropriate time

5  and attention he and his case needs.

6    Mr. Gutierrez respectfully requests a continuance of his Status Conference in Case No.

7  6:20-mj-00002-JDP from December 15, 2020 at 10:00 AM to January 12, 2021 at 10:00 AM.

8

9

10  Dated: November 2, 2020                    /s/ Carol Ann Moses

11                                             CAROL ANN MOSES
                                               Attorney for Defendant,
12                                             CHRISTIAN GUTIERREZ

13

14  Dated: November 2, 2020                    /s/ Sean O. Anderson

15                                             SEAN O. ANDERSON
                                               Yosemite Legal Officer
16

17

18

19                                **ORDER**

20    For good cause shown, the parties above stipulated request to continue the Status

21  Conference in Case No. 6:20-mj-00002-JDP from December 15, 2020 at 10:00 AM to January

22  12, 2021 at 10:00 AM is hereby accepted and adopted as the order of this Court.

23  IT IS SO ORDERED.

24

25    Dated:   **November 2, 2020**              /s/ Helena Barch-Kuchta

                                               UNITED STATES MAGISTRATE JUDGE
26

27

28